UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Jacquellyn D Stallworth         **Case Number:** 11-19919         **Ch:** 7

**Matter:**
    #7 Show Cause Order    (Documents)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

__7__Continued to: 12/7/2011 9:30 a.m.  For:_____

_____Formal order/stipulation to be submitted by: _____ Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement: Brief(s) due_____ From_____

                        Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____ Expenses of: $_____

_____No appearance/response by:_____

_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:                IT IS SO ORDERED:

                        /s/ William C. Hillman    Dated: 11/23/2011
_____      _____
Courtroom Deputy            William C. Hillman, U.S. Bankruptcy Judge