UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Jacquellyn D Stallworth        **Case Number:** 11-19919        **Ch:** 7

**Matter:**
   #7 Show Cause Hearing.

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

_____Granted _____ Denied _____ Approved _____Sustained

_____Denied _____ Denied without prejudice _____Withdrawn in open court _____Overruled

_____OSC enforced/released

_____Continued to:_____For:_____

_____Formal order/stipulation to be submitted by: _____Date due:_____

_____Findings and conclusions dictated at close of hearing incorporated by reference

_____Taken under advisement:  Brief(s) due_____ From_____

                    Response(s) due_____ From_____

_____Fees allowed in the amount of: $_____Expenses of: $_____

_____No appearance/response by:_____

__7__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.  For the reasons stated in the order to show cause, the Court hereby
suspends the electronic filing privileges of Attorney Georgia S. Curtis until such
time as she completes additional training regarding the use of the Electronic Case
Filing System. See MEFR 2(g).

A separate memorandum regarding a proposed disciplinary action shall enter.

IT IS SO NOTED:                IT IS SO ORDERED:

                               /s/ William C. Hillman               Dated: 12/07/2011
_____           _____
Courtroom Deputy               William C. Hillman, U.S. Bankruptcy Judge