**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS - BOSTON**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Case No. 11-19919 |
| JACQUELLYN D. STALLWORTH, | : | Boston, Massachusetts |
| | | **December 7, 2011** |
| Debtor. | : | 9:59:53 a.m. |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**TRANSCRIPT OF HEARING ON:**
**(#7) SHOW CAUSE**
**BEFORE THE HONORABLE WILLIAM C. HILLMAN, J.U.S.B.C.**

**APPEARANCES:**

| | |
|---|---|
| For the Debtor: | GEORGIA S. CURTIS, ESQ. |
| | 1300 Belmont Street, Suite 202 |
| | Brockton, MA 02301 |
| For the United States Trustee: | Office of the U. S. Trustee |
| | BY: JENNIFER L. HERTZ, ESQ. |
| | 5 Post Office Square, Ste. 1000 |
| | Boston, MA 02109 |
| Audio Operator: | Ann E. Kelley, ECRO |
| Transcript prepared by: | JANICE RUSSELL TRANSCRIPTS |
| | 1133 Tanager Trail |
| | Virginia Beach, VA  23451 |
| | (757) 422-9089 |

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

2

1                    P R O C E E D I N G S

2         THE COURT:  Jacquellyn Stallworth.

3         MS. HERTZ:  Jennifer Hertz on behalf of the U. S.
4  Trustee.

5         MS. CURTIS.  Georgia Curtis on behalf of Jacquellyn
6  Stallworth.

7         THE COURT:  Okay.

8         I've checked the docket.  The, the schedules have, in
9  fact, been filed now so the Trustee will be able to move ahead.

10        That doesn't solve the problem of the unauthorized
11 filing of the second petition, nor the problem that we no
12 longer have an automatic stay, nor the other problems which I
13 discussed with Ms. Curtis at previous hearings.

14        The United States Trustee have anything further for me
15 this morning?

16        MS. HERTZ:  I have nothing further, Your Honor, other
17 than to say that the U. S. Trustee supports the, the sanctions
18 that were indicated as a possibility in your order to show
19 cause, which were a suspension of Ms. Curtis' ECF filing
20 privileges unless and until she either takes a refresher course
21 or --

22        THE COURT:  Well, I'm, I'm going to go beyond that.

23        MS. HERTZ:  -- educates herself sufficiently.

24        THE COURT:  First of all, I am suspending Ms. Curtis'
25 ECF privileges.  So she will not be able to file cases in this

**#11-19919**                                          **12-7-2011**

1  Court now.  I appreciate there's some question about whether

2  that is the kind of sanction that I can do, but I'm doing it.

3       The other thing I'm going to do is I'm writing up an

4  opinion of all of the discussion that we have had in these

5  hearings, in fact, including the fact that Ms. Curtis has lied

6  to me repeatedly, and in part of that decision -- well, that

7  will be part of the decision, which I intend to forward to

8  Chief Judge Wolf for the District Court for such further action

9  as he wishes to take.

10       Thank you very much.

11       MS. HERTZ:  Thank you, Your Honor.

12       MS. CURTIS:  Your Honor, may I say something?

13       THE COURT:  Go ahead, Ms. Curtis.

14       MS. CURTIS:  Yes, Your Honor.

15       Actually, Jacquellyn Stallworth knew about the second

16  filing, just to let you know.  I probably misspoke last time

17  and I paid that filing fee from my own client fund, from my

18  own, actually, operating account.

19       And today we have the 341 meeting in Brockton.

20       And that's it.  And again, I will state for the record

21  that I did not misrepresent to the Court my filing of

22  documents.  I did do those and those were amended, as you know,

23  on or about December 2nd.

24       THE COURT:  Thank you.

25       MS. CURTIS:  Thank you.

1       THE COURT:  Okay.

2       (Proceedings concluded at 10:02:08 a.m.)

3

4

5

6

7

8

9                           CERTIFICATE

10      I, court approved transcriber, certify that the

11 foregoing is a correct transcript from the official electronic

12 sound recording of the proceedings in the above-entitled

13 matter.

14 /s/ *Janice Russell*                    January 18, 2012

15 Janice Russell, Transcriber                    Date

16

17

18

19

20

21

22

23

24

25

**#11-19919**                                    **12-7-2011**